IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

Plaintiff,   Criminal No. 08-0215
**ELECTRONICALLY FILED**

v.

MELISSA A. HUET,

Defendant.

## Order Setting Status Conference/Briefing

Pursuant to the informal telephone request of Government counsel, the Court hereby sets a status conference for July 15, 2013 at 2:00 p.m. Defendant may attend, but it is not required to do so.

However, according to the calculations of this Court, the speedy trial clock ran on June 14, 2013. Therefore, by this Court's calculation, as of this date, 87 non-excludable days have elapsed under the Speedy Trial Act. Accordingly, in advance of the status conference, the Court hereby orders the parties to brief the issue of excludable time and compliance with the Speedy Trial Act. 18 U.S.C. § 3161, *et seq*. The briefs thereon shall be filed by the parties on or before July 10, 2013, at noon.

s/Arthur Schwab
ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE

cc:   All Registered ECF Counsel and Parties