IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08-215-2 |
| | ) | |
| MELISSA A. HUET | ) | |

## ORDER

AND NOW, this 12th day of July, 2013, upon consideration of the foregoing Motion, it is hereby ORDERED that said Motion is GRANTED and that the Indictment (Dk.No.1) is DISMISSED WITH PREJUDICE. This dismissal is based solely on doc. no. 233.

BY THE COURT:

_____, J.